UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAUREN CURTIS | ) |
| | ) |
| v. | ) No. 3:10-0554 |
| | ) Judge Echols |
| | ) |
| UNITED STATES OF AMERICA | ) |

## O R D E R

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable to undertake this matter, and the same is returned to the Clerk for reassignment.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE