IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LAUREN CURTIS )
) No. 3-10-0554
v. )
)
UNITED STATES OF AMERICA )

O R D E R

By order entered June 25, 2010 (Docket Entry No. 3), the Honorable Robert L. Echols recused himself in this case and the case was reassigned to the Honorable William J. Haynes, Jr.

Because Judge Haynes normally conducts his own case management, the initial case management conference, scheduled before the undersigned on July 12, 2010, is CANCELLED.

The Clerk is directed to forward the file in this case to Judge Haynes.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge