# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

LAUAREN CURTIS,         )
                                  )

      Plaintiff,          )        NO.  3:10-0554
                                  )        JUDGE HAYNES

v.                           )
                                  )

UNITED STATES OF AMERICA,   )
                                  )

      Defendant.        )

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B), this action is referred to the Honorable John Bryant, Magistrate Judge to hear and determine any pretrial issues, motions, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

It is so **ORDERED**.

**ENTERED** this the ____ day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge