```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

LAUREN CURTIS,                    )
                                  )
    Plaintiff,                    )
                                  )
         v.                       )    NO. 3:10-0554
                                  )
UNITED STATES OF AMERICA,         )    Judge Haynes/Bryant
                                  )
    Defendant.                    )

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 7).

An initial case management conference is set for **Monday, July 19, 2010,** at **1:00 p.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to July 19, 2010.

It is so **ORDERED**.

                                   s/ John S. Bryant
                                   JOHN S. BRYANT
                                   United States Magistrate Judge