```
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

LAUREN CURTIS,              )
                            )
    Plaintiff,              )
                            )
        v.                  )   NO. 3:10-0554
                            )   Judge Haynes/Bryant
UNITED STATES OF AMERICA,   )
                            )
    Defendant.              )

## **O R D E R**

The plaintiff has filed a document in which the undersigned Magistrate Judge construes to be a motion of voluntary dismissal of her case (Docket Entry No. 31). There is nothing further to be done by the undersigned Magistrate Judge in this matter. Therefore, the Clerk is directed to forward the file to the District Judge for his consideration of plaintiff's notice of voluntary dismissal of this case.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge