UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAUREN CURTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00554 |
| ) | JUDGE HAYNES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based upon Plaintiff's notice of voluntary dismissal (Docket Entry No. 31), this action is **DISMISSED without prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 28th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge